# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 12, 2011

142374 & (18)(19)

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Maura D. Corrigan
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

NICKY CHAMP KOMOLMIS,
        Defendant-Appellant.

SC: 142374
COA: 300811
Ingham CC: 07-000674-FH;
09-000908-FH

_____/

On order of the Court, the motion for immediate consideration and the motion for miscellaneous relief are GRANTED. The application for leave to appeal the December 13, 2010 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 12, 2011

_____
Clerk

p0111